UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-02803 ADS                                     Date:  January 23, 2026

Title:        *Anna Lee v. Mercedes-Benz USA, LLC, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |                None Reported                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO FILE JOINT 26(f) REPORT**

On December 15, 2025, Plaintiff's claim was removed to federal court.  (Dkt. No. 1.)  On January 7, 2026, the Court set a Scheduling Conference for February 4, 2026 at 10:00am.  (Dkt. No. 8.)  Pursuant to the Federal Rules of Civil Procedure, the parties shall file with the Court a Joint 26(f) Report no later than 14 days before the scheduling conference.  Fed. R. Civ. P. 26(f).  To date, no Joint 26(f) Report has been filed.

Parties are **ORDERED TO SHOW CAUSE** why sanctions should not be imposed for failure to file a Joint 26(f) Report.  Parties must file a written response no later than **January 26, 2026.**  This order will be discharged upon filing of a Joint 26(f) Report by the above date.

**Parties are expressly warned that failure to timely file a response to this order may result in sanctions**.

**IT IS SO ORDERED.**

Initials of Clerk kh